

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Vincent  Calderon v. Shelter Insurance Company; Memorial Hermann Health System d/b/a Memorial Hermann Hospital-Texas, Medical Center; Memorial Hermann Health System d/b/a Memorial Hermann Hospital-Southeast; Sullins Johnston Rohrbach & Magers, PC; and Jared Johnston

Appellate case number:     01-17-00156-CV

Trial court case number:     2016-40458

Trial court:                        165th District Court of Harris County

On March 29, 2017, the Clerk of the Court notified appellant that the court reporter had informed the Court that appellants had not paid, or made arrangements to pay, the reporter's fee for preparing the record.  *See* TEX. R. APP. P. 35.3(b).  The Clerk further notified appellants that unless, on or before April 10, 2017, they filed proof that they had paid, or had made arrangements to pay, the reporter's fee for preparing the record, the Court may consider and decide those issues or points that do not require a reporter's record.  *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record). Appellant did not respond. The clerk's record was filed on April 28, 2017.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision.  *See id*.  Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown_____
                        ☑ Acting individually     ☐ Acting for the Court

Date:  June 6, 2017_____